```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chen Min Lipman,

                    Plaintiff,

-against-

President Zou Gang from Guangzhou Ballet Troupe China,

                    Defendant.

1:19-cv-07639 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a status conference on Thursday, November 14, 2019 at 11:00 a.m. in Courtroom 11C, 500 Pearl Street, New York, NY 10007.

A copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
               November 12, 2019

_____
STEWART D. AARON
United States Magistrate Judge