USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Chen Min Lipman,

                Plaintiff,

-against-

President Zou Gang from Guangzhou Ballet Troupe China,

                Defendant.

1:19-cv-07639 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Following a status conference, for which only Plaintiff appeared, it is hereby Ordered that Plaintiff shall obtain a Certificate of Default from the Clerk of Court no later than December 14, 2019.

A copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:    New York, New York
             November 14, 2019

_____
STEWART D. AARON
United States Magistrate Judge