USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___11/21/2019___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Chen Min Lipman,

                       **Plaintiff,**

        -against-

President Zou Gang from Guangzhou Ballet Troupe China,

                      **Defendant.**

**1:19-cv-07639 (AT) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff commenced this lawsuit, alleging that Defendant infringed her copyright to the ballet Luo Shen, through filing a Complaint on August 15, 2019. (ECF No. 1.) To date, Defendant has failed to appear. Plaintiff obtained a Clerk's Certificate of Default on November 15, 2019. (ECF No. 12.) IT IS HEREBY ORDERED, that, no later than December 20, 2019, Plaintiff shall file any motion for a default judgment.

"A motion for a default judgment must be made in compliance with Rule 55(b) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2." *Rankel v. Kabateck*, No. 12-CV-00216 (VB), 2013 WL 7161687, at *7 (S.D.N.Y. Dec. 9, 2013) (citing *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 477 (2d Cir.2006) (per curiam) ("*pro se* status does not exempt a party from compliance with relevant rules of procedural and substantive law") (internal quotation marks omitted)). In support of her motion, Plaintiff shall file an affidavit or declaration setting forth: (1) the basis for entering a default judgment, including a description of the method and date of service of the summons and Complaint; (2) the legal basis for a finding of liability based on the

allegations in the Complaint; and (3) the basis for the Court's personal jurisdiction over Defendant.[1]

Plaintiff is encouraged to continue to seek assistance from the legal clinic run by the New York Legal Assistance Group. The Clinic is located in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York, in Room LL22, which is just inside the Pearl Street entrance to that Courthouse. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person or by calling 212-659-6190.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff. In addition, a copy of this Order will be emailed to Plaintiff by Chambers.

**SO ORDERED.**

DATED:     New York, New York
            November 21, 2019

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] *See Sinoying Logistics Pte Ltd. v. Yi Da Xin Trading Corp.*, 619 F.3d 207, 213 (2d Cir. 2010) (when considering whether to enter default judgment, court may dismiss action *sua sponte* for lack of personal jurisdiction).